UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: RICHARD LITTLE and SARA LITTLE | : | Chapter 13 |
| Debtor | : | Case No. 5:19-BK-03758 |
| | : | |
| RICHARD LITTLE and SARA LITTLE, | : | |
| Plaintiff, | : | Adversary Proceeding |
| v. | : | |
| | : | No. 22-ap-00018 |
| Wild Acres Lakes Property Owners Association, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Robert J. Kidwell, Esquire, hereby certify that on the 6th day of May, I mailed the Summons and Adversary Complaint by United States Postal Service first class mail with postage pre-paid thereon to the following non-CM/ECF participants at the following addresses:

Wild Acres Lakes Property Owners
Association
116 Wild Acres Drive
Dingmans Ferry, PA 18328

David Troy Sellars
US Department of Justice
228 Walnut Street, Suite 1190
Harrisburg, PA 17036

*/s/ Robert J. Kidwell*
Robert J. Kidwell, Esq.
(PA ID No. 206555)
NEWMAN WILLIAMS, P.C.
712 Monroe Street
Stroudsburg, PA 183360
T: (570) 421-9090
F: (570) 424-9739
rkidwell@newmanwilliams.com
*Attorney for Plaintiff/Debtor*